**Certification filed December 12, 2019**



In The

# Eleventh Court of Appeals

—————————

## No. 11-19-00316-CR

—————————

## IN RE CHRISTOPHER COBOS

**Original Proceeding**

### C E R T I F I C A T I O N

I have reviewed the "Motion to Disqualify or Recuse and Reverse Judgments" filed in this cause on December 5, 2019. To the extent the document seeks my recusal, I have reviewed the document in chambers. *See* TEX. R. APP. P. 16.3(b). I find no reason to recuse myself and, under Rule 16.3(b), certify the issue of my recusal to the entire court for a determination by the other justices of this court. *See Manges v. Guerra*, 673 S.W.2d 180, 185 (Tex. 1984); *McCullough v. Kitzman*, 50 S.W.3d 87, 88 (Tex. App.—Waco 2001, pet. denied).

/s/ *Keith Stretcher*

KEITH STRETCHER

JUSTICE